**Order No. 97–35**
**April 9, 1997**

| | | |
|---|---|---|
| 16460 | Hawaiʻi State Asbestos Cases, In re | Affirmed |
| 18224 | Hawaiʻi State Asbestos Cases, In re | Affirmed |
| 18816 | Hawaiʻi State Asbestos Cases, In re | Affirmed |

**Order No. 97–36**
**April 10, 1997**

| | | |
|---|---|---|
| 18655 | Villanueva v. Itokazu | Affirmed |

**Order No. 97–37**
**April 16, 1997**

| | | |
|---|---|---|
| 18932 | State v. Vela | Affirmed |

**Order No. 97–38**
**April 16, 1997**

| | | |
|---|---|---|
| 17172 | GECC Financial Corp. v. Kalilikane; Associates Financial Services Co. of Hawaii, Inc. v. Kalilikane | Dismissed |

**Order No. 97–39**
**April 16, 1997**

| | | |
|---|---|---|
| 20041 | State v. Lewis | Affirmed |

**Order No. 97–40**
**April 17, 1997**

| | | |
|---|---|---|
| 17427 | Henry v. State Farm | Affirmed |
| 17516 | Arakaki v. State Farm Ins. | Affirmed |
| 17702 | Housing Finance and Dev. Corp. v. Castle | Affirmed |
| 18701 | Karagianes v. Karagianes | Affirmed |
| 19150 | Kuanoni v. State Farm | Affirmed |
| 19582 | State v. Gayagoy | Affirmed |
| 19655 | HI Kai Investments v. Krantz | Affirmed |
| 19756 | Shaw v. State | Affirmed |
| 19952 | State v. Munzig | Affirmed |